Beulah B. Smith, appellee, v. C. W. Sherman et al., appellants. Gen. No. 25,839.

Action to recover amount of a judgment against plaintiff, under a contract to assume all liabilities. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in this court at the March term, 1920. Reversed and remanded. Opinion filed June 28, 1920.

Adams, Follansbee, Hawley & Shorey, for appellants; Mitchell D. Follansbee, of counsel. Henry R. Baldwin, for appellee.

Mr. Justice Dever delivered the opinion of the court.

Lillian Cummins, plaintiff in error, v. M. C. Mullen, defendant in error. Gen. No. 25,864.

Action to recover damages for malpractice. Judgment for defendant. Error to the Circuit Court of Cook county; the Hon. Samuel C. Stough, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed June 28, 1920.

Nathan Goldberg and Louis L. Gould, for plaintiff in error; Harry F. Brewer and George C. Guthrie, of counsel. Bates, Hicks & Folonie, for defendant in error; Robert J. Folonie, of counsel.

Mr. Justice Dever delivered the opinion of the court.

L. Sweitzer, trading as Sweitzer & Company, appellee, v. Differential Clock Company, appellant. Gen. No. 25,907.

Action to recover commissions earned by the sale of capital stock. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. John P. McGoorty, Judge, presiding. Heard in this court at the March term, 1920. Reversed with findings of fact. Opinion filed June 28, 1920. Rehearing denied July 12, 1920.

Litzinger, Healy & Reid, for appellant. Samuel M. Dague and John C. DeWolfe, for appellee; Charles Dickerson, of counsel.

Mr. Justice Dever delivered the opinion of the court.

Blakely Oswald Printing Company, appellee, v. George S. Kenny, appellant. Gen. No. 25,938.

Petition to set aside a default judgment on ground of nonservice of summons and false return by sheriff. Motion denied. Appeal from the Municipal Court of Chicago; the Hon. John R. Caverly, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed June 28, 1920.

George M. Bagby, for appellant. Vose & Page, for appellee.

Mr. Justice Dever delivered the opinion of the court.

Helen V. Conley by Wilford V. Conley, defendant in error v. Lucille Kuznik Best, executrix of last will of Henry Best, deceased, plaintiff in error. Gen. No. 24,391.

Action to recover damages for personal injuries caused by defective railing. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed and remanded for a new trial. Opinion filed July 7, 1920.

Custer & Cameron, for plaintiff in error; John M. Cameron and Timothy F. Mullen, of counsel. T. A. Sheehan, for defendant in error.

Mr. Presiding Justice Taylor delivered the opinion of the court.